United States District Court

Eastern District of California

Darrel L. Smith,

        Plaintiff,                    No. Civ. S 04-0702 MCE PAN P

  vs.                               Order

King, et al.,

        Defendants.

-oOo-

    Defendant King requests leave to examine plaintiff Darrel Smith, a prisoner in custody of the California Department of Corrections. The request is consistent with the principles stated in Rule 26(b)(2) and therefore is granted. Fed. R. Civ. P. 30(a)(2).

    So ordered.

    Dated:  August 9, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge