United States District Court

Eastern District of California

Darrel L. Smith,

       Plaintiff,                             No. Civ. S 04-0702 MCE PAN P

  vs.                                      Order

King, et al.,

       Defendants.

-oOo-

Defendant King requests leave to examine M. Baker, a prisoner in custody of the California Department of Corrections. Defendant asserts M. Baker is a witness in this action and therefore his deposition is consistent with the principles stated in Rule 26(b)(2). <u>See</u> Fed. R. Civ. P. 30(a)(2). Accordingly, defendant King's July 14, 2005, request is granted.

So ordered.

Dated: August 9, 2005.

                                         /s/ Peter A. Nowinski
                                         PETER A. NOWINSKI
                                         Magistrate Judge