United States District Court

Eastern District of California

Darrel L. Smith,

       Plaintiff,                  No. Civ. S 04-0702 MCE PAN P

  vs.                                Order

King, et al.,

       Defendants.

-oOo-

    Plaintiff is a prisoner, without counsel, who claims defendant King was deliberately indifferent to plaintiff's safety by releasing confidential information about plaintiff's enemies. Plaintiff requests leave to examine by deposition Mark Baker, a prisoner not a party to this action, and defendant King.

    A party may discover any matter, not privileged, that is relevant to the claim or defense of any party. Fed. R. Civ. P. 26(b)(1). Information is relevant if it would be admissible at trial or it is reasonably calculated to lead to the discovery of

admissible evidence. Id.

Plaintiff would ask Mark Baker whether Baker requested plaintiff be moved to another cell March 10, 2003; to whom Baker submitted any such request; whether Baker is epileptic; and whether Baker takes medication to treat epilepsy.

Plaintiff does not explain the relevance of the information he seeks. Nothing in the record suggests information about Baker's health, medication or request to move to a different cell is within the scope of discovery.

Plaintiff would ask defendant King to whom King reported March 10, 2003, after he and other officers moved Baker from cell 105 to the medical clinic.

Plaintiff does not explain the relevance of this information. Nothing in the record suggests this information is within the scope of discovery.

For these reasons, plaintiff's June 29, 2005, motion is denied.

So ordered.

Dated: September 8, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge