United States District Court

Eastern District of California

Darrel Lee Smith,

       Plaintiff,                      No. Civ. S 04-0702 MCE PAN P

  vs.                                 Order

King, et al.,

       Defendants.

-oOo-

    Plaintiff is a prisoner, without counsel, seeking redress for violation of his federal civil rights; plaintiff claims defendant King was deliberately indifferent to plaintiff's safety when King released confidential information about plaintiff's enemies.  Plaintiff has filed a document styled, "Motion to Compel Discovery."  Defendants filed no opposition.

    A party may move for an order compelling discovery with respect to objections or other failure to respond to interrogatories or requests to inspect documents.  Fed. R. Civ.

1  P. 37(a)(2)(B), 33(b)(5),  34(b).

2      A party who has requested admissions may move to determine
3  the sufficiency of the answers or objections and unless the court
4  determines an objection is justified, it shall order an answer be
5  served. Fed. R. Civ. P. 36(a).

6      Plaintiff's motion states:

> Now comes plaintiff Darrel Lee Smith on June 7, 2005 filing with a proof of service on Defendant King A [sic] motion to compel discovery of all facts relating to his investigation in this case base [sic] on Defendant's [sic] King investigation was not and is not approved in writing by the warden of the institution. Penal Code 2932.sec.(iii), (iv).  However Smith request [sic] Mark Baker [sic] medical record dated March 10, 2003; and his RVR 115 relating to this issue are matter [sic] "Base on "B" [sic] Facility was on lockdown and Mark Baker was Smith Celly [sic].

13     Plaintiff has made no showing he sought this information
14 through any of the available discovery methods. See Fed. R. Civ.
15 P. 33, 34, 36.

16     I therefore deny plaintiff's June 9, 2005, request. See
17 Fed. R. Civ. P. 37(a)(2)(B), 33(b)(5),  34(b), 36(a).

18     So ordered.

19     Dated: January 5, 2006.

                                            /s/ Peter A. Nowinski
                                            PETER A. NOWINSKI
                                            Magistrate Judge