United States District Court

Eastern District of California

Darrel L. Smith,

        Plaintiff,                      No. Civ. S 04-0702 MCE PAN P

    vs.                                Order

King, et al.,

        Defendants.

-oOo-

    Plaintiff is a prisoner, without counsel, who claims defendant King was deliberately indifferent to plaintiff's safety when King releasing confidential information about plaintiff's enemies.  Plaintiff moves to compel answers to interrogatories and production of documents.

    A party may move for an order compelling discovery with respect to objections or other failure to respond to interrogatories or requests to produce documents.  Fed. R. Civ. P. 37(a)(2)(B), 33(b)(5), 34(b).

1     Plaintiff makes no showing he served defendant with either
2  interrogatories or a request to produce documents and that
3  defendant either objected or failed to respond.
4     Accordingly, plaintiff's June 29 and August 10, 2005,
5  motions are denied.
6     So ordered.
7     Dated:  January 5, 2006.

                                              /s/ Peter A. Nowinski
                                              PETER A. NOWINSKI
                                              Magistrate Judge