United States District Court

Eastern District of California

Darrell Lee Smith,

       Plaintiff,                       No. Civ. S 04-0702 MCE PAN P

  vs.                               Order

King, et al.,

       Defendants.

                         -oOo-

    Plaintiff is a prisoner, without counsel, prosecuting this civil rights action on the claim defendant King was deliberately indifferent to his safety by releasing confidential information about plaintiff's enemies. Pursuant to Fed. R. Civ. P. 37(a)(2)(B), plaintiff moves to compel defendants to respond to interrogatories and produce documents.

    A party may move for an order compelling discovery with respect to objections or other failure to respond to interrogatories or requests for documents.  Fed. R. Civ.

P. 37(a)(2)(B), 33(b)(5), 34(b).

Plaintiff makes no showing he served defendant with the request for documents or the interrogatories.

For these reasons, I hereby deny plaintiff's June 29, 2005, motion.

So ordered.

Dated: February 7, 2006.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge