IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL L. SMITH, | No. 2:04-cv-0702-MCE-PAN-P |
| Plaintiff, | |
| v. | ORDER |
| C. KING, | |
| Defendant. / | |
| DARREL L. SMITH, | No. 2:04-cv-0703-MCE-KJM-P |
| Plaintiff, | |
| v. | ORDER |
| SGT. J. SWANEY and LT. GOLD, | |
| Defendants. / | |

///

///

///

1

1        The Court has received the Notice of Related Cases
2   concerning the above-captioned cases filed August 11, 2005.  See
3   Local Rule 83-123, E.D. Cal. (1997).  The Court has, however,
4   determined that it is inappropriate to relate and reassign Civil
5   No. 2:04-cv-0702-MCE-PAN-P to Civil No. 2:04-cv-0703-MCE-KJM-P,
6   and it therefore declines to do so.
7        IT IS SO ORDERED.
8   DATED: February 24, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE