IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL LEE SMITH,                    No. 2:04-cv-0702-MCE-PAN-P

     Plaintiff,

  v.                                  ORDER

PLILER, et al.,

     Defendants.
_____/

On March 6, 2006, Plaintiff filed a Request for Reconsideration of the Magistrate Judge's January 5, 2006, and February 8, 2006, orders denying Motions to Compel Discovery. Local Rule 72-303(b) states, "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties." Plaintiff's Request for Reconsideration of the Magistrate Judge's January 5, 2006, and February 8, 2006, orders is therefore untimely.

///

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's March 6,
2 2006, Request for Reconsideration is denied.
3 DATED: March 16, 2006

```
                            _____
                            MORRISON C. ENGLAND, JR
                            UNITED STATES DISTRICT JUDGE
```