IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARREL LEE SMITH,

       Plaintiff,                          No. CIV S-04-0702 MCE PAN P

    vs.

KING, et al.,

       Defendants.             ORDER

_____/

       Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. Pursuant to the June 10, 2005, schedule, plaintiff had until February 24, 2006, to file and serve a pretrial statement, defendants had until March 10, 2006, to file and serve a pretrial statement, pretrial conference was set for March 17, 2006, and trial is set for June 7, 2006. On February 22, 2006, the court directed the parties to file cross-motions for summary judgment.

       Accordingly, IT HEREBY IS ORDERED that the above scheduled dates are vacated.

DATED: March 20, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

\004;\smit0702.vacate dates