1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARREL L. SMITH,

11            Plaintiff,              No. CIV S-04-0702 MCE PAN P

12        vs.

13   KING, et al.,

14            Defendants.             ORDER

15   _____/

16            Plaintiff seeks an extension of time to file and serve an opposition to defendant's

17   March 17, 2006 motion for summary judgment pursuant to the order of April 28, 2006.  Good

18   cause appearing, IT IS HEREBY ORDERED that:

19            1.  Plaintiff's May 18, 2006 motion for an extension of time is granted; and

20            2.  Plaintiff is granted 30 days from the date of this order  to file and serve an

21   opposition to defendant's March 17, 2006 motion for summary judgment.  Defendants' reply, if

22   any, shall be filed seven days thereafter.

23   DATED: May 25, 2006.

24

25   UNITED STATES MAGISTRATE JUDGE

26

/mp/004
smit0702.36(2)