UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| DARREL LEE SMITH,<br><br>    Plaintiff - Appellant,<br>v.<br><br>CHARLES KING; et al.,<br><br>    Defendants - Appellees. | No. 07-15490<br>D.C. No. CV-04-00702-MCE<br><br><br><br>ORDER |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith   [✓]

**FILED**

MAY 22 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

Explanation: _____

_____

_____

_____
Judge
United States District Court

Date: MAY 21 2007